THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY SAMMONS PHILPOTT,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br><br>        Defendant. | CASE NO. C18-0774-JCC<br><br>ORDER |

The Court, having reviewed the record and the report and recommendation of United States Magistrate Judge Mary Alice Theiler, hereby ORDERS that:

(1) The report and recommendation (Dkt. No. 13) is ADOPTED;

(2) The Court AFFIRMS in part and REMANDS in part the decision of the ALJ. Specifically, on remand, the disability finding between April 1, 2011 and June 30, 2014 is affirmed and an award of benefits is granted for the period beginning July 1, 2014; and

(3) The Clerk is DIRECTED to send copies of this order to the parties and to Judge Theiler.

//

//

//

DATED this 5th day of April 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0774-JCC
PAGE - 2