THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRADLEY SAMMONS PHILPOTT,

        Plaintiff,

  v.

NANCY A. BERRYHILL,

        Defendant.

CASE NO. C18-0774-JCC

ORDER

This matter comes before the Court on the parties' stipulated motion for attorney fees pursuant to the Equal Access to Justice Act (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $8,951.04 and expenses in the amount of $9.85, for a total of $8,960.89, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). Plaintiff is also awarded costs in the amount of $11.50 pursuant to 28 U.S.C. § 1920.

The check or checks shall be made payable to Robey Namba, P.S., based on Plaintiff's assignment of this amount to his attorney. (Dkt. No. 16-2.) The check shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225.

//

//

ORDER
C18-0774-JCC
PAGE - 1

1 | DATED this 16th day of April 2019.

							_____
							John C. Coughenour
							UNITED STATES DISTRICT JUDGE

ORDER
C18-0774-JCC
PAGE - 2